UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELIN VAUGHN,<br><br>      Plaintiff,<br><br>  v.<br><br>SANOFI-AVENTIS U.S. LLC, et al.,<br><br>      Defendants. | No. 2:23-cv-02702-DJC-AC |
| GAY MCCLURG,<br><br>      Plaintiff,<br><br>  v.<br><br>SANOFI S.A., et al.,<br><br>      Defendants. | No. 2:23-cv-02577-DAD-CKD |
| SONIA MACIAS,<br><br>      Plaintiff,<br><br>  v.<br><br>SANOFI US SERVICES INC., et al.,<br><br>      Defendants. | No. 2:23-cv-02565-DJC-AC |

| | |
|---|---|
| _____<br>PAULA KRUEGER,<br>         Plaintiff,<br>    v.<br>SANOFI US SERVICES INC., et al.,<br>         Defendants.<br>_____ | No. 2:23-cv-02569-DAD-JDP |
| MONA GRAY,<br>         Plaintiff,<br>    v.<br>SANOFI S.A., et al.,<br>         Defendants.<br>_____ | No. 2:23-cv-02518-DJC-CKD |
| THEDA COOPER,<br>         Plaintiff,<br>    v.<br>SANOFI-AVENTIS U.S. LLC, et al.,<br>         Defendants.<br>_____ | No. 2:23-cv-02491-TLN-CKD |
| MAXINE BELSER-GASTON,<br>         Plaintiff,<br>    v.<br>SANOFI-AVENTIS U.S. LLC, et al.,<br>         Defendants. | No. 1:23-cv-01524-JLT-CDB<br><br>**<u>RELATED CASE ORDER</u>** |

Defendant has filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveals that they are related within the meaning

of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort."  Local Rule 123(a)(3).  Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that:

- 2:23-cv-02577-DAD-CKD is reassigned from District Judge Dale A. Drozd and Magistrate Judge Carolyn K. Delaney to the undersigned and Magistrate Judge Allison Claire.  Henceforth, the caption on documents filed in that reassigned case shall be shown as 2:23-cv-02577-DJC-AC.
- 2:23-cv-02569-DAD-JDP is reassigned from District Judge Dale A. Drozd and Magistrate Judge Jeremy D. Peterson to the undersigned and Magistrate Judge Allison Claire.  Henceforth, the caption on documents filed in that reassigned case shall be shown as 2:23-cv-02569-DJC-AC.
- 2:23-cv-02491-TLN-CKD is reassigned from District Judge Troy L. Nunley and Magistrate Judge Carolyn K. Delaney to the undersigned and Magistrate Judge Allison Claire.  Henceforth, the caption on documents filed in that reassigned case shall be shown as 2:23-cv-02491-DJC-AC.
- 1:23-cv-01524-JLT-CDB is reassigned from District Judge Jennifer L. Thurston and Magistrate Judge Christopher D. Baker to the undersigned and Magistrate Judge Allison Claire.  Henceforth, the caption on documents filed in that reassigned case shall be shown as 1:23-cv-01524-JLT-AC.
- 2:23-cv-02518-DJC-CKD is reassigned from Magistrate Judge Carolyn K.

Delaney to Magistrate Judge Allison Claire.  Henceforth, the caption on documents filed in that reassigned case shall be shown as 1:23-cv-02518-DJC-CKD.

As the remaining case, 2:23-cv-02565-DJC-AC, is already assigned to the undersigned and Magistrate Judge Allison Claire, no reassignment of that case is necessary.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  **March 18, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE